IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| J.J., *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:07-cv-170 |
| v. | : | Judge Smith |
| Ohio Department of Youth Services, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

The May 24, 2007 joint motion to stay this litigation (doc. 6) is GRANTED.  This action is STAYED pending the outcome of *S.H. v. Stickrath,* 2:04-cv-1206 (TPK).  Either party remains free to serve discovery and request that the stay be lifted.

Counsel are DIRECTED to report the status of *S.H. v. Stickrath,* 2:04-cv-1206 and the likely continued duration of the stay to the Court on or before **December 18, 2007.**

    /S/ George C. Smith
George C. Smith
United States District Judge